AO 257 (Rev. 6/78)                                                                                                                              E-filing

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT   ☑ INFORMATION   ☐ INDICTMENT
                                  ☐ SUPERSEDING

**― OFFENSE CHARGED ―**

18 U.S.C. §§ 7(3) & 661 - Theft and Embezzlemlent Within Special Maritime and Territorial Jurisdiction of the United States

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:  Imprisonment:        5 years Maximum
          Fine:                $250,000 Maximum
          Supervised Release:  3 years Maximum
          Special Assessment:  $100

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
JUL 2 3 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**― DEFENDANT ―**
▶ DUANE EDOUARD DEJOIE

DISTRICT COURT NUMBER
**CR10-00569 SBA**

**― DEFENDANT ―**

**― PROCEEDING ―**

Name of Complainant Agency, or Person (& Title, if any)
United States Department of Labor

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY   ☐ DEFENSE
   SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
   MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   Joseph P. Russoniello
   ☑ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)        AUSA JOSHUA HILL

**IS *NOT* IN CUSTODY**
   Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction         ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed _____  Month/Day/Year

DATE OF ARREST ▶ _____   Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ _____  Month/Day/Year

☐ This report amends AO 257 previously submitted

**― ADDITIONAL INFORMATION OR COMMENTS ―**

PROCESS:
   ☐ SUMMONS   ☑ NO PROCESS*   ☐ WARRANT         Bail Amount: _____

If Summons, complete following:
   ☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____        Before Judge: _____

Comments:

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

E-filing

FILED

JUL 2 3 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DUANE EDOUARD DEJOIE, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) | No. CR10-00569 SBA <br><br> VIOLATION: 18 U.S.C. §§ 7(3) & 661 - Theft and Embezzlement Within Special Maritime and Territorial Jurisdiction of the United States <br><br> OAKLAND VENUE |

INFORMATION

The United States Attorney charges:

1.  At all times material to this indictment:

    a.  The American Federation of Government Employees, Local 1223 ("Union") was a labor union comprised of employees of the Social Security Administration, Office of Disability Adjudication and Review ("SSA/ODAR").

    b.  Defendant DUANE EDOUARD DEJOIE was an employee of SSA/ODAR. DEJOIE was president of the Union from its inception in August 2001 until on or about May 2007.

    c.  DEJOIE's office was located at the Ronald V. Dellums Federal Building,

INFORMATION

1 | 1301 Clay Street, Oakland, California 94612.

2        d.   The Union's mailing address was AFGE Local 1223, P.O. Box 71311, Attn: Duane DeJoie, Oakland, California 94612.  P.O. Box 71311 was located in the United States Post Office on the grounds of the Ronald V. Dellums Federal Building.  The Union's dues checks were mailed to P.O. Box 71311.

     2.   From approximately on or about March 27, 2007, through on or about May 8, 2007, in the Northern District of California, the defendant,

DUANE EDOUARD DEJOIE,

at a place within the special maritime and territorial jurisdiction of the United States, namely the Ronald V. Dellums Federal Building, Oakland, California, on land acquired for the use of the United States and under its concurrent jurisdiction, did take and carry away, with intent to steal and purloin, the personal property of another, namely money belonging to the American Federation of Government Employees, Local 1223, of a value of approximately $5,369.00, all in violation of Title 18, United States Code, Sections 7(3) and 661.

DATED: July 22, 2010

JOSEPH P. RUSSONIELLO  
United States Attorney

MAUREEN BESSETTE  
Chief, Oakland Division

(Approved as to form: _____)  
AUSA JOSHUA HILL

INFORMATION
2