|   |   |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 |   |
| 3 | J. DOUGLAS WILSON (DCBN 412811)<br>Acting Chief, Criminal Division |
| 4 | JOSHUA HILL (CABN 250842)<br>Assistant United States Attorney |
| 5 |   |
| 6 | 1301 Clay Street, Suite 340-S<br>Oakland, California 94612 |
| 7 | Telephone:  (510) 637-3740<br>Facsimile:   (510) 637-3724<br>E-Mail:       Joshua.Hill2@usdoj.gov |

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-10-00569-SBA |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER TO SCHEDULE CHANGE OF PLEA HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) |  |
| DUANE DEJOIE, | ) |  |
| Defendant. | ) |  |

IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its attorney, Joshua Hill, and the defendant through his attorney, Ismail Ramsey, that this case be set for change of plea on November 18, 2010 before the Honorable Laurel Beeler.  The case was previously set for a status conference on September 14, 2010.  The district court vacated the status conference date.  The government produced discovery in this case, which defense counsel has continued to review prior to the parties' decision to resolve the case with a change of plea.  In addition, defense counsel has conducted investigation concerning the collateral consequences of a guilty plea.  The parties agree that the delay is not attributable to lack of diligent preparation on the part of the attorney for the government or defense counsel.  For these reasons, the parties

STIPULATION AND [~~PROPOSED~~] ORDER TO SCHEDULE CHANGE OF PLEA HEARING
AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT
CR-10-00569-SBA

request that time under the Speedy Trial Act be excluded based on the parties' need for reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties agree that the waiver covers all time between September 14, 2010 and the date of this stipulation.

IT IS SO STIPULATED:

Dated: November 9, 2010                                          /S/
                                                                                ISMAIL RAMSEY
                                                                                *Attorney for Defendant*


Dated: November 9, 2010                                          /S/
                                                                                JOSHUA HILL
                                                                                Assistant United States Attorney


## ORDER

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that a change of plea hearing is now scheduled for November 18, 2010 at 9:30 a.m. Based upon the representation of counsel and for good cause shown, the Court also finds that failing to exclude the time between September 14, 2010 and November 9, 2010 would unreasonably deny the government and the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between September 14, 2010 and November 9, 2010 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, it is hereby ordered that the time between September 14, 2010 and November 9, 2010 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: November 12, 2010                          _____
                                                                                LAUREL BEELER
                                                                                United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER TO SCHEDULE CHANGE OF PLEA HEARING
AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT
CR-10-00569-SBA                                                        -2-