1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | J. DOUGLAS WILSON (DCBN 412811)
Acting Chief, Criminal Division

4 | JOSHUA HILL (CABN 250842)
Assistant United States Attorney

5

6 |     1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone: (510) 637-3740

7 |     Facsimile: (510) 637-3724
    E-Mail: Joshua.Hill2@usdoj.gov

8

9 | Attorneys for Plaintiff

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,  )  No. CR-10-00569-SBA
                               )
14 |        Plaintiff,           )  STIPULATION AND [PROPOSED]
                               )  ORDER TO SCHEDULE
15 |    v.                       )  ARRAIGNMENT AND CHANGE OF
                               )  PLEA HEARING ON DECEMBER 16,
16 | DUANE DEJOIE,               )  2010
                               )
17 |        Defendant.           )
                               )
18 |

19 |     IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its

20 | attorney, Joshua Hill, and the defendant through his attorney, Ismail Ramsey, that the case

21 | currently set for change of plea on December 2, 2010 be continued to December 16, 2010 at

22 | 11:00 a.m. for arraignment on a superseding information and change of plea.

23 | IT IS SO STIPULATED:

24 | Dated: December 2, 2010                              /S/
                                              ISMAIL RAMSEY
25 |                                           *Attorney for Defendant*

26 |

27 | Dated: December 2, 2010                              /S/
                                              JOSHUA HILL
28 |                                           Assistant United States Attorney

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the change of plea hearing scheduled for December 2, 2010 is vacated, and the matter is continued to December 16, 2010 at 11:00 a.m. for arraignment on a superseding information and change of plea.

DATED: December  3 , 2010

_____
HONORABLE LAUREL BEELER
United States Magistrate Judge