UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DUANE DEJOIE,<br><br>　　　　Defendant. | Case No:  CR 10-0569 SBA<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION** |

On November 18, 2010, this Court referred this matter to Magistrate Judge Laurel Beeler for a report and recommendation on the acceptance of Defendant's guilty plea. On December 16, 2010, Magistrate Judge Laurel Beeler issued a Report and Recommendation in which she recommended that this Court accept Defendant's guilty plea. The Court has received no objection to the Report and Recommendation. Accordingly,

IT IS HEREBY ORDERED THAT Magistrate Judge Laurel Beeler's Report and Recommendation (Docket 18) is ACCEPTED and shall become the Order of this Court.

IT IS SO ORDERED.

Dated: 5/4/11

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　United States District Judge